IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| TABITHA EILEEN BRITT, as the Personal Representative of the Estate of James Claude Britt, Jr., <br><br> Plaintiff, <br><br> v. <br><br> THE COUNTY OF CHARLESTON, SOUTH CAROLINA; DAVID ABRAMS, in his Official Capacity and his Individual Capacity; THOMAS "CHRIS" ESDORN, in his Individual Capacity; GREGORY "GREG" CARNEY, in his Individual Capacity; AND DAVID M. FRENCH, M.D., in his Individual Capacity, <br><br> Defendant(s). | CASE NO. 2:21-cv-03770-RMG-MGB <br><br><br><br> **MOTION FOR WITHDRAWAL OF COUNSEL** |

COMES NOW Amanda K. Dudgeon and Lindsey M. Byrd as counsel for Defendant Parker Greg Carney and respectfully request that this Court allow Lindsey M. Byrd to withdraw as counsel on behalf of the Defendant Carney in the above-captioned matter. Leave to withdraw is requested on the grounds that Lindsey M. Byrd is leaving employment with Chandler & Dudgeon, LLC, effective April 29, 2022. Defendant Carney consents and will not be prejudiced by the withdrawal as Amanda K. Dudgeon of Chandler & Dudgeon, LLC will remain as counsel of record. For the foregoing reasons, the undersigned request that this Court enter an order allowing Lindsey M. Byrd to withdraw as counsel for the Defendants.

1

2

        Respectfully submitted,

        CHANDLER & DUDGEON LLC

        _s/Lindsey M. Byrd_____
        Amanda K. Dudgeon, Fed ID# 9861
        Email:  mandi@chandlerdudgeon.com
        Lindsey M. Byrd, Fed ID#13307
        Email:  lindsey@chandlerdudgeon.com
        P.O. Box 547
        Charleston, SC 29402
        Phone:  (843) 577-5410
        Fax:  (843) 577-5650

        *Attorneys for Defendant Greg Carney*

April 29, 2022

2